**CAREY D. GORDEN**
California State Bar No. 236251
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
carey_gorden@fd.org

Attorneys for Defendant Mr. Chavez-Escalante

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj1125 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| JESUS OMAR CHAVEZ-ESCALANTE, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Carey D. Gorden, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: April 22, 2008

 *s/ Carey D. Gorden*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
carey_gorden@fd.org