1 **CAREY D. GORDEN**
California State Bar No.  236251
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California  92101-5008
Telephone:  (619) 234-8467
4 carey_gorden@fd.org

5 Attorneys for Mr. Chavez-Escalante

6

7

8                     UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )    Case No. 08mj1125
                                        )
12               Plaintiff,             )
                                        )
13 v.                                   )    **PROOF OF SERVICE**
                                        )
14 **JESUS OMAR CHAVEZ-ESCALANTE**,     )
                                        )
15               Defendant.             )
                                        )
16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20        **ASSISTANT UNITED STATES ATTORNEY**
          efile.dkt.gc1@usdoj.gov,
21

22 Dated: April 22, 2008              _____s/ *Carey D. Gorden*_____
                                      **CAREY D. GORDEN**
23                                    Federal Defenders of San Diego, Inc.
                                      225 Broadway, Suite 900
24                                    San Diego, CA 92101-5030
                                      (619) 234-8467  (tel)
25                                    (619) 687-2666  (fax)
                                      e-mail: carey_gorden@fd.org
26

27

28